# EXHIBIT 2



P.O. Box 19609
Johnston, RI 02919

November 14, 2019

Ashley Keller, Esq.
Keller Lenkner
150 North Riverside Plaza
Suite 4270
Chicago, IL 60606
Via Email to: ack@kellerlenkner.com

Steven Feldman, Esq.
Hueston Hennigan LLP
523 West 6th Street
Suite 400
Los Angeles, CA 90014
Via Email to: sfeldman@hueston.com

Case Number: 01-19-0002-4251
Lindsay Aazami
-vs-
Peloton Interactive, Inc.

Dear Counsel:

We are in receipt of respondent's letter dated November 5, 2019, and claimants' reply of the same date.

The objections raised by respondent were previously considered by American Arbitration Association (AAA) and our administrative determinations as to those issues were set forth in our letter of September 6, 2019, a copy of which is attached hereto.

As set forth in our letter dated September 16, 2019, the AAA extended the initial due date for payment of AAA filing fees from the respondent to November 4, 2019 and advised that no further extensions would be provided. Because such payment has not been received, the filing requirements for the cases have not been met and the AAA will decline to proceed with administration of the parties' disputes. Please note that per rule R-1(d) of the AAA's Consumer Arbitration Rules "should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution."

Also, because the respondent has not paid AAA administrative fees in accordance with the AAA's Consumer Arbitration Rules, the AAA will decline to accept future consumer matters submitted against or by the respondent. In light of this position, the AAA requests that respondent remove AAA from its consumer arbitration agreements so that there is no confusion to Peloton's consumer customers.

If the respondent advises the AAA in the future of its intention to comply with the AAA's Consumer Arbitration Rules and, if applicable, resolves any outstanding payment obligations, the AAA may consider, at its sole discretion, accepting newly filed consumer cases going forward.

The five active cases involving Peloton and consumers represented by Keller Lenkner in Kansas which already have arbitrators appointed will continue to proceed.

Sincerely,

Adam Shoneck
Assistant Vice President
Direct Dial: (401)431-4798
Email: shonecka@adr.org
Fax: (866)644-0234

cc: Adam J. Levitt, Esq.
    Nicholas Larry, Esq.
    Adam Prom, Esq.
    Annie Banks, Esq.
    Sourabh Mishra, Esq.