```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ERIC FISHON, ALICIA PEARLMAN, and PATRICK
YANG, individually and on behalf of all others similarly
situated,

                      Plaintiffs,

      -v-

PELOTON INTERACTIVE, INC.,

                      Defendant.
-------------------------------------------------------------------X

19-cv-11711 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     At the Initial Conference convened today, Plaintiffs' counsel informed the Court that four pro se parties had been mistakenly added to the docket as a result of a previous filing error made by Plaintiffs' counsel. Plaintiffs' counsel represented that these four individuals are not involved in the present case and were not intended to be named and requested that they be removed from the docket. Defendant advised that it had no objection.

     Accordingly, IT IS HEREBY ORDERED that the following four individuals shall be dismissed from this case, as they were never intended to be parties to this litigation:

> Maryana Feigen
> Travis Frost
> Alana Sage
> Skylar Werde

SO ORDERED.

Dated: February 20, 2020
      New York, New York

                                               LEWIS J. LIMAN
                                         United States District Judge