```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ERIC FISHON, ALICIA PEARLMAN, and PATRICK                         :
YANG, individually and on behalf of all others similarly          :
situated,                                                         :
                                                                  :
                             Plaintiffs,                          :
          -v-                                                     :
                                                                  :
PELOTON INTERACTIVE, INC.,                                        :
                                                                  :
                             Defendant.                           :
                                                                  X
--------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2020

19-cv-11711 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendant's motion to take remote depositions of 21 absent class members (Dkt. No. 47) and Plaintiffs' response (Dkt. No. 48).

      No later than 5:00 p.m. on June 30, 2020, Defendant shall file a reply not to exceed two single-spaced pages. The reply should identify with particularity the legal arguments for which the depositions would provide relevant factual support.

      SO ORDERED.

Dated: June 28, 2020
       New York, New York

                                            LEWIS J. LIMAN
                                        United States District Judge