```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ERIC FISHON, ALICIA PEARLMAN, and PATRICK        :
YANG, individually and on behalf of all others similarly :
situated,                                                               :
                                                                        :           19-cv-11711 (LJL)
                                        Plaintiffs,          :
                                                                        :           ORDER
           -v-                                                       :
                                                                        :
PELOTON INTERACTIVE, INC.,                              :
                                                                        :
                                        Defendant.       X

------------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for oral argument on Defendant's motion to take depositions of putative absent class members (Dkt. No. 27) on July 17, 2020 at 1:00 p.m. The argument will take place telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: July 14, 2020
       New York, New York                    _____
                                                                     LEWIS J. LIMAN
                                                                     United States District Judge