# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC FISHON, ALICIA PEARLMAN, and PATRICK YANG, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>　-v-<br><br>PELOTON INTERACTIVE, INC.,<br><br>　　Defendant. | 1:19-cv-11711 (LJL)<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF PATRICK YANG, PURSUANT TO FED. R. CIV. P. 41** |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Patrick Yang voluntarily dismisses his claim against Defendant Peloton Interactive, Inc. without prejudice. Plaintiff Patrick Yang's voluntary dismissal of his claims without prejudice will not affect the claims of any proposed class in this action, or the claims of any other Plaintiffs in this action.

Dated: July 29, 2020

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Aaron M. Zigler*

　　　　　　　　　　　　　　　　　　　Aaron M. Zigler
　　　　　　　　　　　　　　　　　　　amz@kellerlenkner.com
　　　　　　　　　　　　　　　　　　　Ashley C. Keller
　　　　　　　　　　　　　　　　　　　ack@kellerlenkner.com
　　　　　　　　　　　　　　　　　　　**KELLER LENKNER LLC**
　　　　　　　　　　　　　　　　　　　150 North Riverside Plaza, Suite 4270
　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60606

　　　　　　　　　　　　　　　　　　　Greg G. Gutzler
　　　　　　　　　　　　　　　　　　　ggutzler@dicellolevitt.com
　　　　　　　　　　　　　　　　　　　**DiCELLO LEVITT GUTZLER LLC**
　　　　　　　　　　　　　　　　　　　444 Madison Avenue, Fourth Floor
　　　　　　　　　　　　　　　　　　　New York, New York  10022

Adam J. Levitt
alevitt@dicellolevitt.com
Adam Prom
aprom@dicellolevitt.com
**DıCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Aaron M. Zigler, caused the preceding document to be served on all appropriate parties on July 29, 2020, via CM/ECF to the addresses listed here:

**Defense Counsel**
Steven N. Feldman (sfeldman@hueston.com)
Shannon Coit (scoit@hueston.com)
Sourabh Mishra (smishra@hueston.com)
Annie N. Banks (abanks@hueston.com)
HUESTON HENNIGAN LLP

Joshua D. Liston (jliston@blmllp.com)
BEYS LISTON & MOBARGHA LLP

/s/ Aaron M. Zigler