UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC FISHON, and ALICIA PEARLMAN, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs,*<br><br>        -v-<br><br>PELOTON INTERACTIVE, INC.<br><br>        *Defendant.* | Civil Action No. 19-cv-11711 (LJL)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Shannon Coit of Hueston Hennigan LLP hereby enters her appearance as counsel *Pro Hac Vice* on behalf of Defendant Peloton Interactive, Inc. in the above-captioned matter.

Dated: August 18, 2020

        HUESTON HENNIGAN LLP

        By: */s/ Shannon Coit*
            Shannon Coit, CA SBN 298694
            *(admitted pro hac vice)*
            scoit@hueston.com
            HUESTON HENNIGAN LLP
            523 West 6th Street, Suite 400
            Los Angeles, CA 90014
            Telephone:    (213) 788-4278
            Facsimile:     (888) 775-0898

        *Attorneys for Defendant Peloton Interactive, Inc.*