```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ERIC FISHON and ALICIA PEARLMAN, individually                        :
and on behalf of all others similarly situated,                      :
                                                                     :
                                Plaintiffs,                          :    19-cv-11711 (LJL)
                                                                     :
        -v-                                                          :    ORDER
                                                                     :
PELOTON INTERACTIVE, INC.,                                           :
                                                                     :
                                Defendant.                           :
                                                                     X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020

LEWIS J. LIMAN, United States District Judge:

      I have become aware that my wife holds shares in Defendant Peloton Interactive, Inc. She intends to divest herself of the shares. Under Canon 3C(4) of the Code of Conduct for United States Judges, recusal is not required in this situation if divestment is made and it would not be in the public interest for me to recuse myself. The Court will provide notice as soon as the divestment occurs.

      SO ORDERED.

Dated: October 15, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                         United States District Judge