UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ERIC FISHON and ALICIA PEARLMAN, individually  :
and on behalf of all others similarly situated,  :
:
                      Plaintiffs,  :      19-cv-11711 (LJL)
:
    -v-  :      ORDER
:
PELOTON INTERACTIVE, INC.,  :
:
                      Defendant.  :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020

LEWIS J. LIMAN, United States District Judge:

      The parties are hereby provided notice that it has disposed of the Peloton shares that created the conflict of interest and that it has therefore purged itself of the conflict. The Court intends to continue to preside over this case.

      SO ORDERED.

Dated: November 2, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                         United States District Judge