**Lilia B. Vazova**
Direct Dial: 212-906-1881
lilia.vazova@lw.com

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

January 20, 2021

VIA ECF

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15C
New York, NY 10007-1312

Re:  *Fishon v. Peloton Interactive, Inc.,* Case No. 1:19-cv-11711-LJL (S.D.N.Y.)
     Response to Plaintiffs' Letter-Motion re: Leave to File First Amended Complaint

Dear Judge Liman:

Pursuant to Rule 1(B) of Your Honor's Individual Rules for Practice in Civil Cases, we write on behalf of Defendant Peloton Interactive, Inc. ("Peloton") regarding Plaintiffs' January 15, 2021 letter motion requesting leave to file a First Amended Complaint (Dkt. No. 78). Peloton has now had the opportunity to review Plaintiffs' proposed First Amended Complaint (Dkt. No. 78-1), and writes to respectfully inform the Court that Peloton does not oppose Plaintiffs' motion for leave. To the extent the Court grants leave to amend, Peloton does intend to file a partial motion to dismiss the First Amended Complaint and, pursuant to Fed. R. Civ. P. 15(a)(3), will do so within fourteen (14) days of service of the amended pleading.

Respectfully submitted,

*/s/ Lilia B. Vazova*
Lilia B. Vazova
Of Latham & Watkins LLP
*Attorneys for Peloton Interactive, Inc.*

cc:   All counsel of record