```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
ERIC FISHON and ALICIA PEARLMAN, individually    :
and on behalf of all others similarly situated,                     :
                                                                    :
                                    Plaintiffs,            :          19-cv-11711 (LJL)
                                                                    :
            -v-                                                     :          NOTICE
                                                                    :
PELOTON INTERACTIVE, INC.,                                :
                                                                    :
                                    Defendant.          :
                                                                    :
--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        I previously provided notice that I had become aware that my wife held shares in
Defendant Peloton Interactive, Inc.  Dkt. No. 63.  My wife divested herself of the shares shortly
thereafter.  Dkt. No. 64.  Earlier this month, I became aware that an investment advisor bought a
total of 550 shares, split between an account for my wife and a joint account.  Those purchases
were made in the period between April 2021 and May 2021.  I was not aware of the purchases at
the time they were made, I did not make any decisions or issue any orders in this case at any time
I was aware of the share ownership, and my wife and I are in the process of divesting ourselves
of the position.

        SO ORDERED.


Dated:  August 25, 2021
          New York, New York                      _____
                                                                      LEWIS J. LIMAN
                                                                  United States District Judge