UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ERIC FISHON and ALICIA PEARLMAN, individually                      :
and on behalf of all others similarly situated,                    :
                                                                   :
                                   Plaintiffs,                     :            19-cv-11711 (LJL)
                                                                   :
              -v-                                                  :            NOTICE
                                                                   :
PELOTON INTERACTIVE, INC.,                                         :
                                                                   :
                                   Defendant.                      :
                                                                   :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/31/2021

LEWIS J. LIMAN, United States District Judge:

      The Court has disposed of the securities that were the subject of the Notice at Dkt. No. 110.

      SO ORDERED.

Dated: August 31, 2021                           _____
      New York, New York                                   LEWIS J. LIMAN
                                        United States District Judge