UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC FISHON and ALICIA PEARLMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:19-cv-11711 (LJL)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

　　　　PLEASE TAKE NOTICE that upon the annexed Declaration of Megan A. Behrman dated October 15, 2021, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendant Peloton Interactive, Inc., before the Honorable Lewis J. Liman in Courtroom 15C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order excluding the reports and testimony of J. Michael Dennis, Ph.D. and Colin B. Weir pursuant to Federal Rule of Evidence 702 and the Supreme Court's decision in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

| | |
|---|---|
| Dated: October 15, 2021<br>New York, New York | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>*/s/ Steven N. Feldman*<br>_____<br>Steven N. Feldman<br>William O. Reckler<br>Lilia B. Vazova<br>Megan A. Behrman<br>Alexis Kellert<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 906-1200<br>steve.feldman@lw.com<br>william.reckler@lw.com<br>lilia.vazova@lw.com<br>megan.behrman@lw.com<br>alexis.kellert@lw.com<br><br>William J. Trach (*pro hac vice*)<br>200 Clarendon Street<br>Boston, Massachusetts 02116<br>Tel: (617) 948-6000<br>william.trach@lw.com<br><br>*Attorneys for Defendant Peloton Interactive, Inc.* |