```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ERIC FISHON, et al.,                                             :
                                                                 :
                                Plaintiffs,                      :
                                                                 :       19-cv-11711 (LJL)
                -v-                                              :
                                                                 :           ORDER
PELOTON INTERACTIVE, INC.                                        :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/7/2022__

LEWIS J. LIMAN, United States District Judge:

      There is a conference in this matter scheduled for Tuesday, January 11, 2022 at 11:00 a.m. At the conference, the parties should be prepared to address whether Mr. Fishon meets the typicality and adequacy requirements of Federal Rule of Civil Procedure 23(a).

      SO ORDERED.

Dated: January 7, 2022
      New York, New York

                                                              LEWIS J. LIMAN
                                                       United States District Judge