UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC PASSMAN and ISHMAEL ALVARADO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:19-cv-11711 (LJL)<br><br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

　　　　PLEASE TAKE NOTICE that upon the annexed Declaration of Megan A. Behrman, dated March 4, 2022, the exhibits thereto, and the accompanying Memorandum of Law, dated March 4, 2022, the undersigned hereby moves this Court on behalf of Defendant Peloton Interactive, Inc. before the Honorable Lewis J. Liman in Courtroom 15C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order dismissing the Third Amended Complaint (ECF No. 195) (i) pursuant to Rule 12(b)(1), or (ii) with prejudice and without leave to amend, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

|  |  |  |
|---|---|---|
| Dated: | March 4, 2022<br>New York, New York | Respectfully submitted,<br><br>LATHAM & WATKINS LLP<br><br>*/s/ Steven N. Feldman*<br>Steven N. Feldman<br>William O. Reckler<br>Lilia B. Vazova<br>Megan A. Behrman<br>Alexis Kellert Godfrey<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200<br>Steve.Feldman@lw.com<br>William.Reckler@lw.com<br>Lilia.Vazova@lw.com<br>Megan.Behrman@lw.com<br>Alexis.Godfrey@lw.com<br><br>William J. Trach<br>200 Clarendon Street<br>Boston, Massachusetts 02116<br>(617) 948-6000<br>William.Trach@lw.com<br><br>*Attorneys for Defendant*<br>*Peloton Interactive, Inc.* |