# Keller | Postman

Hon. Lewis J. Liman
500 Pearl Street, Courtroom 15C
New York, New York 10007

Re:   *Eric Passman, et al. v. Peloton Interactive, Inc.*, Case No. 19-cv-11711 (LJL)

**Joint Letter Requesting Case Management Conference**

Dear Judge Liman:

The Parties in the above action jointly write to respectfully request a Case Management Conference to discuss a case schedule moving forward.

On January 19, 2022, the Court set a February 18, 2022 deadline for Plaintiffs to file an amended complaint. ECF No. 168 at 27. That order also stated that, "[a]ssuming that an amended complaint is filed, the Court will hold a case management conference to discuss the schedule for any remaining discovery and for renewed motions for class certification." *Id*. Plaintiffs timely filed that amended complaint. ECF No. 195.

Since the amended complaint was filed, the Parties met and conferred about a proposed case schedule moving forward, but were unable to reach agreement. The parties thus respectfully request that this Court hold a Case Management Conference.

Respectfully submitted,


*/s/ Benjamin J. Whiting*  
Benjamin J. Whiting  
Of Keller Postman LLC  
*One of the Attorneys for Plaintiffs and the Proposed Class*

*/s/ William O. Reckler*  
William O. Reckler  
Of Latham & Watkins LLP  
*One of the Attorneys for Defendant Peloton Interactive, Inc.*


cc: All counsel of record (by ECF)