```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ERIC FISHON, et al.,                                               :
                                                                   :
                        Plaintiffs,                                :
                                                                   :       19-cv-11711 (LJL)
        -v-                                                        :
                                                                   :       ORDER
PELOTON INTERACTIVE, INC.,                                         :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Briefing and discovery related to class certification has been stayed pending the Court's disposition of Peloton's motion to dismiss the Third Amended Complaint. See Dkt. No. 205 at 10–11. By Opinion and Order dated August 11, 2022, the Court denied Peloton's motion except as otherwise stated in that Opinion. Dkt. No. 207.

      It is hereby ORDERED that, by August 19, 2022, the parties shall meet and confer and submit to the Court a joint briefing schedule for the motion for class certification. It is further ORDERED that any stay of discovery previously entered in this case is lifted.

SO ORDERED.

Dated: August 11, 2022  
      New York, New York

                                                 LEWIS J. LIMAN  
                                                 United States District Judge