```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ERIC FISHON, et al.,                                         :
                                                             :
                              Plaintiffs,                    :
                                                             :      19-cv-11711 (LJL)
                -v-                                          :
                                                             :      ORDER
PELOTON INTERACTIVE, INC.,                                   :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Taking the motion to compel at Dkt. No. 224 as a motion to clarify the Court's Order of September 29, 2022, the Court clarifies that it intended to direct Plaintiff Alvarado to answer all written discovery requests, including interrogatories and requests for admission, without any date limitation (including but not limited to written discovery directed to Mr. Alvarado's criminal history). The parties appear to dispute whether Plaintiffs are in compliance with their remaining discovery obligations.

    The Court will hold a telephonic status conference on October 27, 2022 at 10:00 a.m. The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. In advance of that conference, the parties are directed to meet and confer to resolve any remaining discovery issues. By no later than 48 hours in advance of that conference (*i.e.*, October 25, 2022 at 10:00 a.m.), the parties are directed to submit a joint letter identifying any discovery issues they have been unable to resolve. Each dispute should be identified with a short title followed by a brief description of no more than two sentences from each party of the nature of the dispute and the position of that party. The Court will entertain a request to cancel the conference if the parties are able to reach agreement on all remaining discovery issues.

    The Clerk of Court is respectfully directed to close Dkt. No. 224.

    SO ORDERED.

Dated: October 20, 2022
      New York, New York

                                                 LEWIS J. LIMAN
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022