```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/3/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ERIC FISHON, *et al.*,                                              :
:
                    Plaintiffs,                  :
:      19-cv-11711 (LJL)
      -v-                                                           :
:      <u>ORDER</u>
PELOTON INTERACTIVE, INC.,                                          :
:
                    Defendant.                   :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hear oral argument from the parties regarding Plaintiffs' pending motion for class certification and Defendant's pending motion to exclude the reports and testimony of Plaintiffs' experts on February 28, 2023 at 2:00 P.M. The hearing will be held in-person in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: January 3, 2023
      New York, New York
                                                      LEWIS J. LIMAN
                                             United States District Judge

1