UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC PASSMAN and ISHMAEL ALVARADO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>        Defendant. | Case No. 1:19-CV-11711-LJL<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION STAYING DISCOVERY PENDING RESOLUTION OF PLAINTIFFS' PETITION FOR LEAVE TO APPEAL THE COURT'S MAY 2, 2023, ORDER DENYING CLASS CERTIFICATION TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT** |

**LEWIS J. LIMAN**, United States District Judge:

1. Pursuant to the Parties May 11, 2023, stipulation:

    a. all discovery in this matter is stayed pending the United States Court of Appeals for the Second Circuit's (the "Second Circuit") ruling on Plaintiffs' petition pursuant Rule 23(f) of the Federal Rules of Civil Procedure seeking leave to appeal this Court's denial of their motion for class certification ("Plaintiffs' 23(f) Petition").

    b. the Plaintiffs and Defendant Peloton Interactive, Inc. (together, the "Parties") will meet and confer within seven days of the Second Circuit's resolution of Plaintiffs' Rule 23(f) Petition to determine whether any additional merits discovery (including expert discovery) is needed.

    c. the Parties will submit a proposal to the Court within fourteen days following the Second Circuit's resolution of Plaintiffs' Rule 23(f) Petition.

    d. all discovery shall be completed within 113 days of the Second Circuit's resolution of Plaintiffs' Rule 23(f) Petition.

**SO ORDERED**.

Dated: May  17, 2023
New York, New York

_____
LEWIS J. LIMAN
United States District Judge