Direct Dial: 212-906-1803
william.reckler@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

February 20, 2024

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

Re: *Passman, et al. v. Peloton Interactive, Inc.*, Case No. 1:19-cv-11711 (LJL):  Joint Letter to Adjourn Conference and Trial Deadlines

Dear Judge Liman:

We write jointly on behalf of all Parties in the above-captioned case to respectfully request that the Court adjourn the pretrial deadlines and conference, and the current trial date, in this Action.

On October 17, 2023, the Court set a deadline of April 29, 2024 for submission of a joint pretrial order and scheduled a final pretrial conference for May 13, 2024. *See* ECF 291.  The Court also set a trial date of May 20, 2024.  *Id.*   On December 4, 2023, Peloton Interactive, Inc. ("Peloton") filed a motion for summary judgment and a motion to exclude Plaintiffs' experts.  *See* ECF 294-302. Those motions have now been fully briefed.

Given the pending dispositive and evidentiary motions, the Parties believe that adjourning the pretrial and trial dates would promote judicial efficiency and preserve party resources.  If the Court denies Peloton's motion for summary judgment, the Parties will submit a stipulation with proposed deadlines for pretrial filings within fourteen days of that ruling.

This is the Parties' first request for an adjournment of the pretrial and trial deadlines.

Respectfully submitted,

The motion is granted; all pretrial deadlines and the current trial dates are adjourned sine die.  However, the parties should plan to come in for oral argument on the motion for summary judgment on May 13.
Date: March 18, 2024

SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

February 20, 2024
Page 2

| **LATHAM & WATKINS LLP** | **KELLER POSTMAN LLC** |
|---|---|
| */s/ William O. Reckler* | */s/ Benjamin Whiting* |
| William O. Reckler | Benjamin Whiting* |
| 1271 Avenue of the Americas | 150 N. Riverside Plaza, Suite 4100 |
| New York, NY 10020 | Chicago, IL 60606 |
| (212) 906-1200 | (312) 741-5220 |
| william.reckler@lw.com | ben.whiting@kellerpostman.com |
| *Attorneys for Defendant Peloton Interactive, Inc.* | *Attorneys for Plaintiffs* |

*The parties use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.