UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERIC FISHON, et al.,
                            Plaintiffs,

         -against-

PELOTON INTERACTIVE, INC.,
                            Defendant.
-------------------------------------------------------------X

19 Civ. 11711 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case was recently reassigned to me. It is hereby

**ORDERED** that a telephonic conference to discuss the status of the case will be held on **September 11, 2024**, at **4:20 p.m.** The parties shall call (888) 363-4749 and enter the access code 558-3333. The telephonic conference is public, and the time of the conference is approximate, but the parties shall be ready to proceed by that time. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. The parties shall ensure they are all dialed into the conference call by the appointed conference time.

Dated: September 6, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE