UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                :
ERIC FISHON, et al.,                :
                Plaintiffs,     :
                :       19 Civ. 11711 (LGS)
      -against-                :
                :           <u>ORDER</u>
PELOTON INTERACTIVE, INC.,      :
                Defendant.    :
                :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held on September 11, 2024. As discussed at the conference, it is hereby

       **ORDERED** that the pending motion for summary judgment and motion to exclude expert reports and testimony are **DENIED** without prejudice to renewal. The parties are directed to review the Court's Individual Rules to ensure compliance of any related declarations and exhibits. It is further

       **ORDERED** that the parties' motions to seal at Dkts. 296 and 305 are **GRANTED**. It is further

       **ORDERED** that the parties shall submit briefing on the issues of supplemental jurisdiction and whether waiver of any judicial conflict has occurred, including which, if any, orders require vacatur. Plaintiffs shall file a memorandum of law, not to exceed 25 pages, by **October 9, 2024**. Defendant shall file a memorandum of law in opposition, not to exceed 25 pages, by **November 6, 2024**. Plaintiffs shall file a reply memorandum of law, not to exceed 10 pages, by **November 19, 2024**.

       The Clerk of Court is respectfully directed to terminate the motions at Dkts. 294, 295, 296 and 305.

Dated: September 12, 2024
        New York, New York

                                                           LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE