# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC PASSMAN and ISHMAEL ALVARADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.,<br>Defendant. | Civil Action No. 1:19 cv 11711 (LGS)<br><br>**PLAINTIFFS' MOTION TO VACATE AND TO RETAIN JURISDICTION** |

PLEASE TAKE NOTICE that upon Plaintiffs' Motion to Vacate and to Retain Jurisdiction and Plaintiffs' Memorandum of Law in Support of their Motion to Vacate and to Retain Jurisdiction, the above-named Plaintiffs, by their attorneys, will move this Court before the Honorable Lorna G. Schofield, United States District Judge, in the United States Courthouse located at 500 Pearl Street, New York, New York, on December 3, 2024, at 10:00 a.m., or any date or time the Court deems proper for an Order granting Plaintiffs' Motion to Vacate and to Retain Jurisdiction.

Dated: October 9, 2024

/s/ Adam J. Levitt
ADAM J. LEVITT (pro hac vice)
alevitt@dicellolevitt.com
ADAM PROM (pro hac vice)
aprom@dicellolevitt.com
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

CHUCK DENDER
cdender@dicellolevitt.com
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Telephone: (646) 933-1000

BENJAMIN J. WHITING
ben.whiting@kellerpostman.com
ASHLEY C. KELLER (pro hac vice)
ack@kellerpostman.com
ALEX J. DRAVILLAS (pro hac vice)
ajd@kellerpostman.com
**KELLER POSTMAN LLC**
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5222

AARON M. ZIGLER
aaron@ziglerlawgroup.com
**ZIGLER LAW GROUP, LLC**
308 South Jefferson Street, Suite 333
Chicago, Illinois 60661
Telephone: (312) 673-8427