UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC PASSMAN, et al.,

                Plaintiffs,

-against-

PELOTON INTERACTIVE, INC.,

                Defendant.
------------------------------------------------------------X

19 Civ. 11711 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on May 20, 2025. As discussed at the conference, it is hereby

**ORDERED** that Plaintiffs shall file an amended complaint by June 27, 2025. It is further

**ORDERED** that within one week of filing of the amended complaint, the parties shall file a joint letter proposing next steps. Should the parties be unable to reach agreement, the letter shall state each party's position.

Dated: May 21, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE