UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC PASSMAN, et al.,
                      Plaintiffs,

                 -against-                         19 Civ. 11711 (LGS)

PELOTON INTERACTIVE, INC.,         ORDER
                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs submitted their First Amended Complaint ("FAC") on June 27, 2025.  It is hereby

      **ORDERED** that by **July 8, 2025**, Plaintiffs file redline comparisons of the FAC to both the Complaint (Dkt. No. 1) and the Third Amended Complaint (Dkt. No. 195), and may do so as attachments to a letter.

Dated: July 2, 2025
       New York, New York

                                               LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE