# MANDATE

S.D.N.Y. – N.Y.C.
19-cv-11711
Schofield, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty-five.

Present:
    Denny Chin,
    Richard J. Sullivan,
    Maria Araújo Kahn,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 08, 2026

Eric Fishon, individually and on behalf of all others similarly situated, et al.,

        *Plaintiffs-Appellees*,

Patrick Yang, individually and on behalf of all others similarly situated, et al.,

        *Plaintiffs*,

        v.        25-1415

Peloton Interactive, Inc.,

        *Defendant-Appellant*.

In re Peloton Interactive, Inc.,        25-2098

        *Petitioner*.

The matters docketed under 25-1415 and 25-2098 are consolidated for purposes of this order.

In the appeal docketed under 25-1415, Appellees move to dismiss the appeal for lack of appellate jurisdiction. In the proceeding docketed under 25-2098, Petitioner requests a writ of mandamus

**MANDATE ISSUED ON 01/08/2026**

in the event the Court lacks jurisdiction over the appeal docketed under 25-1415. Petitioner also requests consolidation of the two proceedings.

Upon due consideration, it is hereby ORDERED that the motion to dismiss the appeal is GRANTED because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291, and there is no other basis for immediate appeal. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008); *see, e.g., Wabtec Corp. v. Faiveley Transp. Malmo AB*, 525 F.3d 135, 137–38 (2d Cir. 2008); *see also Mohawk Indus., Inc. v. Carpenter*, 558 U.S. 100, 107 (2009) (discussing categorical approach to collateral order doctrine).

It is further ORDERED that the petition for a writ of mandamus is DENIED because Petitioner has not demonstrated that exceptional circumstances warrant the requested relief. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). Finally, it is ORDERED that the motion for consolidation is denied as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2