UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  ERIC PASSMAN, et al.,                            :
                                    Plaintiffs,              :
                                                             :          19 Civ. 11711 (LGS)
                         -against-                           :
                                                             :
  PELOTON INTERACTIVE, INC.,                        :          **ORDER**
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Second Circuit issued a mandate on the pending appeal and petition for a writ of mandamus (the "Mandate") on January 8, 2026.

     WHEREAS, the Mandate grants the motion to dismiss the appeal for lack of jurisdiction and denies the petition for a writ of mandamus because Petitioner did not demonstrate exceptional circumstances warranting relief.  It is hereby

     **ORDERED** that by **January 16, 2025**, the parties shall file a joint letter proposing next steps.  Should the parties be unable to reach agreement, the letter shall state each party's position.

Dated: January 12, 2026
     New York, New York

                                       LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE