UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

:

ERIC PASSMAN, et al.,                                    :

Plaintiffs,    :

:        19 Civ. 11711 (LGS)

-against-                          :

:

PELOTON INTERACTIVE, INC.,                        :        **ORDER**

Defendant.    :

:

--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on February 17, 2026.  As discussed at the conference, it is hereby

**ORDERED** that discovery is reopened.  By **March 10, 2026**, Plaintiffs shall serve any additional written fact discovery.  By **April 7, 2026**, Defendant shall respond to Plaintiffs' written discovery, including production of responsive documents.  It is further

**ORDERED** that, by **February 24, 2026**, the parties shall meet and confer with respect to Defendant's privilege logs.  By **February 27, 2026**, to the extent the parties are unable to resolve any disputes, Plaintiffs shall file a letter with ten representative entries that Plaintiffs argue may have been impermissibly withheld from production.  By **March 6, 2026**, Defendant shall file a letter explaining as to each document the basis for withholding it or withdrawing the assertion of privilege.  Also by **March 6, 2026**, Defendant shall provide the ten documents to the Court for in camera and ex parte review.  It is further

**ORDERED** that, by **May 5, 2026**, Defendant shall file its motion for summary judgment and dismissal, with a memorandum in support of the motion not to exceed thirty-two pages.  By **June 2, 2026**, Plaintiffs shall file a memorandum in opposition, not to exceed thirty-two pages.

By **June 16, 2026**, Defendant shall file a reply in support of the motion not to exceed sixteen

pages.

Dated: February 18, 2026
      New York, New York

               LORNA G. SCHOFIELD
          UNITED STATES DISTRICT JUDGE