UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                           :

ERIC PASSMAN, et al.,                  :

                          Plaintiffs,  :

                                :       19 Civ. 11711 (LGS)

             -against-          :

                                :

PELOTON INTERACTIVE, INC.,    :       **ORDER**

                      Defendant.  :

                                :
--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 27, 2026, Plaintiffs filed a letter identifying ten representative entries that Plaintiffs argue may have been impermissibly withheld from production.

WHEREAS, on March 6, 2026, Defendant filed a letter explaining the basis for withholding the documents.  Defendant's letter noted that four of the documents had previously been produced, and agreed to produce five additional documents, subject to redactions.  It is hereby

**ORDERED** that, by March 11, 2026, Defendant shall produce the following Log Entries, subject to the identified redactions: Nos. 1483, 1511, 1638, 2229 and 4198.  It is further

**ORDERED** that by March 13, 2026, Plaintiffs shall file a second letter with ten representative entries that Plaintiffs argue may have been impermissibly withheld from production.  By **March 20, 2026**, Defendant shall file a response letter explaining, as to each document, the basis for withholding it or otherwise withdrawing the assertion of privilege.  Also by **March 20, 2026**, Defendant shall provide the documents to the Court for in camera and ex parte review.  It is further

**ORDERED** that Defendant's **March 20, 2026,** response letter shall include additional information regarding Log Entry No. 3574, including identifying all attorneys and all PR firm personnel on the email chain, as well as who retained the PR firms and when.  Defendant shall also attach as exhibits to its letter (if necessary, following the Court's sealing and redaction rules) the retention agreements with the relevant PR firms.

Dated: March 9, 2026
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2