UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ERIC PASSMAN, et al.,                                       :
                                    Plaintiffs,             :          19 Civ. 11711 (LGS)
                     -against-                              :
                                                            :          **ORDER**
PELOTON INTERACTIVE, INC.,                                  :
                                    Defendant.              :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 28, 2026, the Court held a conference regarding the parties' privilege log dispute.  As discussed at the conference, it is hereby

**ORDERED** that Defendant shall, at its own cost, (1) rereview some portion of the documents it currently withholds as privileged and (2) provide Plaintiffs with a log of the documents that Defendant produced with redactions (the "Redaction Log").  It is further

**ORDERED** that by **May 5, 2026**, the parties shall meet and confer and submit a joint letter setting forth (1) the percentage of documents that Defendant will rereview; (2) the process by which the rereview population will be identified and reviewed and (3) the date(s) by which the rereview and the Redaction Log will be completed.  Any disagreements between the parties shall be set forth in the letter.  It is further

**ORDERED** that the briefing schedule for Defendant's forthcoming motion for summary judgment will be held in abeyance pending the resolution of this issue.  It is further

**ORDERED** that the stay in this case, which was entered in connection with a now-resolved appeal, is lifted.

Dated: April 28, 2026
       New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE