UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                        :
ERIC PASSMAN, et al.,                                   :
                                   Plaintiffs,          :         19 Civ. 11711 (LGS)
                        -against-                        :
                                                        :         **ORDER**
PELOTON INTERACTIVE, INC.,                              :
                                   Defendant.           :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, at the April 28, 2026, conference, the Court determined that Defendant shall, at its own cost, (1) rereview some portion of the documents it currently withholds as privileged and (2) provide Plaintiffs with a log of the documents that Defendant produced with redactions (the "Redaction Log").

WHEREAS, the Order dated April 28, 2026, directed the parties to meet and confer and submit a joint letter setting forth (1) the percentage of documents that Defendant will rereview; (2) the process by which the rereview population will be identified and reviewed and (3) the date(s) by which the rereview and the Redaction Log will be completed.

WHEREAS, on May 5, 2026, the parties submitted a joint letter detailing their proposal and points of disagreement (the "Letter").  It is hereby

**ORDERED** that, as jointly proposed in the Letter, Defendant shall rereview 12.5% -- or 675 -- of the documents remaining on Defendant's privilege logs.  Plaintiffs shall select the rereview population according to the process set forth in the Letter.  Based on the results of this rereview, Plaintiffs may request the Court to order an additional round of rereview.  It is further

**ORDERED** that the Redaction Log shall follow the form proposed by Defendant in the Letter.  It is further

**ORDERED** that the schedule for the rereview and Redaction Log shall follow the parties' joint proposal in the Letter.  For clarity, the schedule shall be as follows:

- **May 15, 2026:**  Plaintiffs shall identify the rereview population.

- **June 5, 2026:**  Defendant shall complete the rereview, produce any downgraded documents, serve amended privilege logs and serve the Redaction Log.

- **June 16, 2026:**  Plaintiffs shall assert any objections regarding the rereview or Redaction Log.  The parties shall then meet and confer.

- **June 25, 2026:**  Plaintiffs may submit a letter to the Court regarding any objections that were not resolved through the meet and confer process.  If Plaintiffs wish to request an additional round of rereview, they shall do so in this letter.

- **July 2, 2026:**  Defendant shall respond to Plaintiffs' letter.  It is further

**ORDERED** that the briefing schedule for Defendant's forthcoming motion for summary judgment will continue to be held in abeyance pending the resolution of this issue.  With respect to Defendant's proposal for exhibits in support of its motion, Defendant is directed to Individual Rule III.B.3, which provides that "any application to exceed the limitations of exhibits and/or affidavits shall be by letter to the Court filed on ECF and shall contain: (i) a detailed request for relief specifying the additional documents or pages that the party seeks to file, and (ii) an explanation as to why the relief is necessary."

Dated: May 7, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2