**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC PASSMAN, ISHMAEL ALVARADO, JILL SCHNEIDER, and ALICIA PEARLMAN, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>     v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>         Defendant. | Case No. 1:19-cv-11711 (LGS) |

**DEFENDANT PELOTON INTERACTIVE, INC.'S**
**SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant Peloton Interactive, Inc. ("Peloton") hereby makes the following supplemental disclosure statement:

1.    Peloton Interactive, Inc. (NASD: PTON) is a publicly traded corporation.  Peloton has no parent corporation.

2.    BlackRock, Inc. (NYSE: BLK) is a publicly held corporation that owns 10% or more of Peloton's stock.

Dated:  June 5, 2026

By: /s/ *Andrew Soukup*
Andrew Soukup (*pro hac vice*)
Stephen Petkis (*pro hac vice*)
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
asoukup@cov.com
spetkis@cov.com

Jordan Joachim
Ainsley McMahon
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001
Tel: (212) 841-1000
jjoachim@cov.com
amcmahon@cov.com

*Counsel for Defendant Peloton
Interactive, Inc.*

2