# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC PASSMAN, ISHMAEL ALVARADO, JILL SCHNEIDER, and ALICIA PEARLMAN, individually and on behalf of all others similarly situated, | Civil Action No. 1:19-CV-11711-LGS |
| Plaintiffs, | |
| v. | |
| PELOTON INTERACTIVE, INC., | |
| Defendant. | |

**PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION**

Plaintiffs propound the following fourth set of requests for production of documents to Defendant Peloton Interactive, Inc. ("Peloton") pursuant to Federal Rules of Civil Procedure 26 and 34, and Local Rule 26.3, and request that Peloton produce the documents and electronically-stored information requested herein by April 7, 2026:

**DEFINITIONS**

1.      The definitions from Plaintiffs' First Set of Requests for Production, issued March 25, 2020, are incorporated by reference herein.

**INSTRUCTIONS**

2.      The instructions from Plaintiffs' First Set of Requests for Production, issued March 25, 2020, are incorporated by reference herein.

**FOURTH SET OF REQUESTS FOR PRODUCTION**

59.      All Documents concerning analysis of traffic to Your website between July 2017 and June 2019, including, but not limited to, the number of visitors, the number of pageviews, and which portions of Your website consumers visited.

60.     All Documents concerning summaries or compilations of information concerning traffic to Your website between July 2017 and June 2019, including, but not limited to, the number of visitors, the number of pageviews, and which portions of Your website consumers visited.

61.     All Documents concerning Your intended and actual reach of consumers through advertisements (*e.g.*, Your website, email to consumers, internet advertisements, radio, and podcasts) in which You characterized Your on-demand Class Library as ever-growing or growing.

Dated:  March 10, 2026                    */s/ Adam J. Levitt*

Adam J. Levitt
Adam Prom (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
aprom@dicellolevitt.com

Chuck Dender
cdender@dicellolevitt.com
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York  10017
Telephone: (646) 933-1000

Benjamin J. Whiting
Alex J. Dravillas (*pro hac vice*)
**KELLER POSTMAN LLC**
150 North Riverside Plaza, Suite 4100
Chicago, Illinois  60606
Telephone: (312) 741-5222
ben.whiting@kellerpostman.com
ajd@kellerpostman.com

Aaron M. Zigler
**ZIGLER LAW GROUP, LLC**
308 South Jefferson Street, Suite 333
Chicago, Illinois  60661
Telephone: (312) 673-8427

- 3 -

aaron@ziglerlawgroup.com

***Counsel for Plaintiffs***
***and the Proposed Class***