# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:19-CV-11711-LJL
- - - - - - - - - - - - - - - - - - - - - -x
ERIC FISHON and ALICIA PEARLMAN,
individually and on behalf of all
others similarly situated,

                          Plaintiffs,

          -against-

PELOTON INTERACTIVE, INC.,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - -x

                          July 28, 2021
                          9:23 a.m. EDT

          Video-recorded deposition of
CAROLYN TISCH-BLODGETT, taken by attorneys for
Plaintiffs pursuant to notice, held at the
offices of Latham & Watkins LLP, 1271 Avenue of
the Americas, New York, New York, before Helen
Mitchell (via Zoom), a Registered Professional
Reporter and Notary Public.

Tisch-Blodgett

would know best if those statements were used on the website?

MR. RECKLER:  Objection, vague; the time period.

A       Yeah, so that changed over time.  At what time are you asking about?

Q       I really just want to know everybody who was involved.  So if it changed over time, that's fine.  You can give them to me in any order you'd like.

A       Okay.

I'm going to try to be exhaustive, but there was a lot of changes at Peloton in four years.

Q       Sure.  No, I understand.

A       So when I got there -- some point in 2016 there was someone named Erika Merryll, who led the website.

Q       Can you spell her name?

A       E-r-i-c -- sorry, E-r-i-k-a, M-e-r-r -- I think it's y-l.  No, sorry, I think it's r-y-l-l.  I'm not totally sure.

She was on the product team, which reported in to Tom Cortese.

Tisch-Blodgett

Erika continued to lead the website, but eventually that team shifted under Tim Shanahan, the chief revenue officer.

Q    Anyone else later in time who would be the person who would know about the copy used on the website?

A    Bryant Brennan was the VP of creative, and so they played a role in the website, too.

Q    Okay.

Anybody else we should be aware of who would know about the copy used on the website over time?

A    Not that I can think of.

Q    Okay.  So other than the website, which you clarified that you might not be aware of, would there be another channel for public statements about Peloton's products that may have used the "growing" or "ever-growing" characterization of the library that you're not aware of?

A    The PR.

Q    The PR department?

A    Yes.