# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:19-CV-11711-LJL
- - - - - - - - - - - - - - - - - - - -x
ERIC FISHON and ALICIA PEARLMAN,
individually and on behalf of all
others similarly situated,

                        Plaintiffs,

                -against-

PELOTON INTERACTIVE, INC.,

                        Defendant.
- - - - - - - - - - - - - - - - - - - -x

                        July 27, 2021
                        9:19 a.m. EDT

                Video-recorded deposition of
RYAN DILLON-CURRAN, taken by attorneys for
Plaintiffs pursuant to notice, held at the
offices of Latham & Watkins LLP, 1271 Avenue of
the Americas, New York, New York, before Helen
Mitchell (via Zoom), a Registered Professional
Reporter and Notary Public.

Page 59

Dillon-Curran

A       No.

Q       But you were responsible for the marketing of the Tread+ at CES?

A       I was one of many people responsible for the marketing of Tread+ at CES --

Q       Okay.

A       -- known as Tread at the time.

Q       Do you know who was responsible for the "ever-growing" library representation? The creation of that, excuse me.

A       I do not.

Q       So let's talk about some of your purview at Peloton.

Start with as senior brand manager in May of 2017.  What would have been your responsibility at Peloton during that time?

A       I would have been responsible for developing bike marketing campaigns to drive acquisition of new subscribers.

Q       And how did you set about to drive acquisition of new subscribers?

A       Could you restate the question? It was a little vague.  I'm sorry.