UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :

ERIC PASSMAN, et al.,                   :

                        Plaintiffs,    :          19 Civ. 11711 (LGS)

             -against-          :

                                     :        **ORDER**

PELOTON INTERACTIVE, INC.,    :

                       Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 25, 2026, Plaintiffs filed a pre-motion letter raising various disputes regarding Defendant's discovery responses.

      WHEREAS, the parties were ordered to meet and confer and submit a joint letter with their respective positions as to any outstanding disputes.

      WHEREAS, on July 20, 2026, the parties filed a joint letter outlining the remaining disputes.  It is hereby

      **ORDERED** that Plaintiffs' request to require Defendant to collect additional documents from its document repositories and run search terms over those documents is **DENIED**. Plaintiffs have not identified a specific deficiency in Defendant's prior document collection that would warrant such relief.  It is further

      **ORDERED** that Plaintiffs' request to require Defendant to provide updated answers to the discovery requests is **DENIED**, except that by **August 5, 2026**, Defendant shall supplement its responses to Interrogatories 3 and 7 and Requests for Production 59 and 60 to describe the "reasonable and diligent search" undertaken in response to those requests, including the sources consulted, the nature of the search performed and any third-party inquiries conducted.  It is further

**ORDERED** that Plaintiffs' request to serve a Rule 45 subpoena on Netlify is **GRANTED**.  The requests in the subpoena shall be limited to documents sufficient to show website traffic information and related metrics for Defendant's webpages containing the challenged representations during the relevant time period.  Plaintiffs shall file a proposed subpoena by **August 5, 2026**, and the Court will so order any proposed subpoena upon submission to facilitate timely and cooperative production.  Plaintiffs' request to depose a Netlify witness is **DENIED** without prejudice to renewal after document production.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. No. 386.

Dated: July 27, 2026
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2