

**DICELLO LEVITT**

485 LEXINGTON AVENUE    SUITE 1001    NEW YORK, NEW YORK 10017

CHUCK DENDER
CDENDER@DICELLOLEVITT.COM
646.933.1000

August 5, 2026

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** ***Eric Passman, et al. v. Peloton Interactive, Inc.*, Case No. 19-cv-11711**
> **Plaintiffs' Proposed Subpoena to Netlify, Inc.**

Dear Judge Schofield:

Pursuant to the Court's July 27, 2026 Order (Dkt. 396), Plaintiffs respectfully submit the attached proposed subpoena for Netlify, Inc. ("Netlify") for the Court to so order to facilitate Netlify's timely and cooperative production of responsive information and documents.

Respectfully submitted,

/s/ Charles Dender
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Telephone: (646) 933-1000
cdender@dicellolevitt.com

Adam J. Levitt
Adam Prom (pro hac vice)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
aprom@dicellolevitt.com

Benjamin J. Whiting
Alex J. Dravillas (pro hac vice)
**KELLER POSTMAN LLC**
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5222
ben.whiting@kellerpostman.com
ajd@kellerpostman.com

Aaron M. Zigler
**ZIGLER LAW GROUP, LLC**
308 South Jefferson Street, Suite 333
Chicago, Illinois 60661
Telephone: (312) 673-8427
aaron@ziglerlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*