UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERIC PASSMAN et al., Plaintiffs, -against- PELOTON INTERACTIVE, INC., Defendant. | : | 19 Civ. 11711 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in connection with the parties' ongoing privilege log dispute, Plaintiffs identified a third set of ten documents that they contend Defendant impermissibly withheld from production.

WHEREAS, the Court has conducted an in camera review of the documents. It is hereby

**ORDERED** that, by **December 4, 2026**, Defendant shall produce to Plaintiffs the following documents:

- Log No. 984, with a redaction to the sentence beginning with "This" on the first page.
- Log No. 1000 in full.

It is further

**ORDERED** that Plaintiffs' request for an order directing Defendant to re-review up to 200 additional documents is **DENIED**. It is further

**ORDERED** that, by **December 4, 2026**, the parties shall file a joint letter regarding their positions on Defendant's motion for summary judgment, which was held in abeyance pending the resolution of the privilege log dispute. If Defendant wishes to proceed with the motion, the letter shall contain a proposed briefing schedule (or the parties' respective proposals, if they do not agree).

Dated: November 20, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE